**FILED**

09/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0400

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0400**

\* \* \* \* \* \* \* \* \* \*

IN RE THE MARRIAGE OF:      )
       )
MICHELLE M. LARUE,       )
       )
       Petitioner and Appellee,   )
and       )
       )
BRANDON L. LARUE,       )
       )
       Respondent and Appellant.   )
       )
_____)

**ORDER WAIVING MANDATORY MEDIATION**

HAVING REVIEWED the Appellee's Motion to Waive Mandatory Mediation, and for good cause shown,

IT IS HEREBY ORDERED:

This case is not subject to the mandatory mediation provision as required by M. R. App. P. 7, and, therefore, the Order of Mediator Appointment and the requirement to mediate are hereby VACATED.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

cc: Rebecca Swandal
    Marybeth Sampsel

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 1 2022